IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| United States of America, *ex rel.* Lynda Glasser, Amanda Sauls, and Kim Swartz,<br><br>        Plaintiffs,<br><br>v.<br><br>Boykin Contracting, Inc., Boykin Contracting Group Inc., Boykin Contracting Group JV LLC., Boykin Glass and Glazing, Inc., Tory J.G. Brock, Thomas E. Brock, Sr., Cory J'Ron Adams, Jerry Eddins, and Other Unidentified Entities,<br><br>        Defendants. | CA No.: **3:14-cv-00224-JMC** |

**ORDER**

The Court, having considered the United States' Notice, rules as follows:

**IT IS ORDERED** that:

(1) If any relator in this case wishes to object to the proposed settlement and partial dismissal, the relator must file a motion no later than 10 days from the date of this Order.

(2) This Order, the Relators' Complaint, the United States' Notice, and all subsequent filings following this Order are now unsealed.

(3) The relators will serve the Complaint upon the non-settling defendants.

(4) The parties will serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 USC 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time.

(5) The parties will serve all notices of appeal on the United States.

(6) All orders of this Court will be sent to the United States.

(7) Should the relators or the defendants propose that this action be dismissed, settled, or otherwise discontinued, either the relators or the defendants will solicit the written consent of the United States before presenting the matter to this Court for its ruling or granting its approval.

**IT IS SO ORDERED.**

s/J. Michelle Childs
J. MICHELLE CHILDS
United States District Court Judge

This 23rd day of July, 2020
Columbia, South Carolina